UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANIE RILEY, *on behalf of herself and all others similarly situated*,

    Plaintiff,

-against-

47TH HOTEL ASSOCIATES LLC,

    Defendant.

Case No.: 16-CV-08711

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, 47TH HOTEL ASSOCIATES LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: *[signature]*
Eric Bruce Sigda, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
sigdae@gtlaw.com

Date: 10/10/17

For the Plaintiff:

By: *[signature]*
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 10/9/17

SO ORDERED

_____
U.S.D.J.

10/23/17

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
*[signature]* Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.